[No. 75071-2-I.   Division One.   July 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD WHITAKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 13-1-13114-1, Tanya Thorp, J., entered March 17, 2016. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Cox and Dwyer, JJ.

[No. 75352-5-I.   Division One.   July 24, 2017.]

ALL STAR TRUCKING LLC, *Appellant*, v. RYDER VEHICLE SALES, LLC, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-12083-2, Beth M. Andrus, J., entered May 16, 2016. *Affirmed* by unpublished opinion per Leach, J., concurred in by Becker and Schindler, JJ.

[No. 75412-2-I.   Division One.   July 24, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. CHASE M. BRELAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 15-8-01439-2, Mary E. Roberts, J., entered June 16, 2016. *Affirmed* by unpublished opinion per Cox, J., concurred in by Dwyer and Spearman, JJ.

[No. 75737-7-I.   Division One.   July 24, 2017.]

SCOTT BLOMENKAMP, *Appellant*, v. THE CITY OF EDMONDS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-2-07634-3, Thomas J. Wynne, J., entered July 11 and August 9, 2016. *Affirmed* by unpublished opinion per Verellen, C.J., concurred in by Becker and Mann, JJ.